# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRUCE TERRELL DAVIS, JR.,

              Plaintiff,

v.

SUSAN PETERS and JEAN LUTSEY,

              Defendants.

Case No. 18-CV-465-JPS

**ORDER**

        On February 5, 2019, Plaintiff filed a motion to compel discovery responses from Defendant Susan Peters ("Peters"). (Docket #23). Specifically, Plaintiff states that Peters refused to answer certain questions because she did not have Plaintiff's medical records. *Id.* Plaintiff says that he has now provided the required release authorization for Peters' counsel to obtain those records. *Id.* Peters responded to Plaintiff's motion on March 1, 2019. (Docket #27). Her counsel states that some, but not all, of the medical records have been received, and that supplemental discovery responses have been mailed to Plaintiff. *Id.* Plaintiff did not file a reply to his motion within the time allotted. Civ. L. R. 7(c).

        Plaintiff's motion must be denied for two reasons. First, it does not contain a certification of a good-faith attempt to resolve the dispute prior to the filing of the motion. *See* Civ. L. R. 37. Second, Peters' response appears to have resolved Plaintiff's concerns to the best of her current abilities. If Plaintiff's concerns remain, he is free to file another motion to compel, but only after making sincere efforts to avoid the Court's intervention.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to compel (Docket #23) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge